IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN WIERZBA,

    Plaintiff,

v.

E*TRADE FINANCIAL LLC,

    Defendant.

No. C 09-02883 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

    This matter is set for a hearing on September 25, 2009 at 9:00 a.m. on the motion to dismiss filed by Defendant E*Trade Securities LLC (erroneously sued as E*Trade Financial LLC). The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than August 28, 2009 and a reply brief shall be filed by no later than September 4, 2009. Failure to oppose the motion may result is **dismissal** of this action.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: August 13, 2009

                                                   JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE

United States District Court<br>For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WIERZBA et al, | Case Number: CV09-02883 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| E TRADE FINANCIAL LLC et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 13, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Wierzba
823 Paloma Avenue
Oakland, CA 94610

Dated: August 13, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk