IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN WIERZBA,

    Plaintiff,

v.

E*TRADE FINANCIAL LLC,

    Defendant.

No. C 09-02883 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR CONFIRMATION OF ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT**

    This matter is set for a hearing on January 29, 2010 on Defendant E*Trade Securities LLC's motion for confirmation of the arbitration award and entry of judgment. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than December 17, 2009 and a reply brief shall be filed by no later than December 24, 2009. In addition, the case management conference, currently set for December 11, 2009 is HEREBY CONTINUED to January 29, 2010 at 9:00 a.m., following the hearing on the motion. The parties' case management conference statements are due to be filed no later than January 22, 2010.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: December 3, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STEVEN WIERZBA et al,

    Plaintiff,

  v.

E TRADE FINANCIAL LLC et al,

    Defendant.

Case Number: CV09-02883 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 3, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Wierzba
823 Paloma Ave
Oakland, CA 94610

Dated: December 3, 2009

Richard W. Winking, Clerk
By: Jennifer Ottolini, Deputy Clerk