```
SEYFARTH SHAW LLP
Kurt A. Kappes (SBN 146384)
kkappes@seyfarth.com
James D. McNairy (SBN 230903)
jmcnairy@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Petitioner
E*TRADE SECURITIES LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| E*TRADE SECURITIES LLC, | ) Case No. C09-02883 JSW |
|---|---|
| Petitioner, | ) [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE HEARING DATES ON THE CASE MANAGEMENT CONFERENCE AND DEFENDANT'S CROSS-MOTION FOR CONFIRMATION OF ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT, AND TO MODIFY BRIEFING SCHEDULES FOR SAME |
| v. | |
| STEVEN WIERZBA, | |
| Respondent. | |

**TO ALL PARTIES:**

The Court having considered all papers filed in support of and in response to Defendant's Motion For Administrative Relief To Continue Hearing Dates On The Case Management Conference And Defendant's Cross-Motion For Confirmation Of Arbitration Award And For Entry Of Judgment, And To Modify Briefing Schedules For Same, ("Cross-Motion") and good cause having been shown, the Court grants the Motion and orders as follows.

///

///

IT IS HEREBY ORDERED AS FOLLOWS:

1. The hearing date on Defendant's Cross-Motion currently set for March 12, 2010, is continued to April 9, 2010, at 9:00 a.m.;

2. Plaintiff's opposition to Defendant's Cross-Motion, currently due on February 19, 2010, is due on March 19, 2010.

3. Defendant's reply, currently on due February 26, 2010, is due on March 26, 2010;

4. The Case Management Conference currently set for March 12, 2010, is continued to April 9, 2010; and

5. The case management conference statements currently due on March 5, 2010, are due April 2, 2010.

**IT IS SO ORDERED.**

Dated: February 17, 2010

_____
JUDGE OF THE UNITED STATES DISTRICT COURT